UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:                                            *
                                                  *
ERICKA M. LOFTON                                  *       Case No.:  10-17408-DK
                                                  *
Debtor                                            *       Chapter 13
                                                  *
                                                  *

**************************************************************************

## MOTION TO DISMISS

Gerard R. Vetter, Chapter 13 Trustee, files this Motion to Dismiss Case, pursuant to 11 U.S.C. § 1307(c)(4), and states as follows:

1. The Debtor commenced this case under Chapter 13 on April 6, 2010.

2. The Trustee has not received all plan payments that have come due from the Debtor. The default in payments now totals $928. The Debtor has failed to commence making timely payments as required by 11 U.S.C. §1326. Pursuant to 11 U.S.C. § 1307(c)(4), therefore, this Court should dismiss this case.

**WHEREFORE**, the Trustee requests that this Court dismiss this case and grant such other relief as is just.

Date:  June 29, 2010               /s/ Gerard R. Vetter
                                   Gerard R. Vetter, Trustee
                                   100 S. Charles Street, Suite 501
                                   Tower II
                                   Baltimore, MD  21201
                                   Phone: (410) 400-1333
                                   Fax: (410) 400-1301
                                   E-mail:  catrinab@grvch13.com

**TO THE DEBTOR: RESPONSES OR OBJECTIONS TO THIS MOTION TO DISMISS MUST BE FILED WITHIN 21 DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE BELOW. ANY RESPONSE OR OBJECTION MUST INCLUDE THE FACTS AND LEGAL GROUNDS ON WHICH THE RESPONSE OR OBJECTION IS BASED. ANY RESPONSE OR OBJECTION MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE CHAPTER 13 TRUSTEE, GERARD R. VETTER, 100 S. CHARLES STREET, SUITE 501, TOWER II, BALTIMORE, MARYLAND 21201. THIS CASE MAY BE DISMISSED WITHOUT FURTHER ORDER OR NOTICE IF NO TIMELY OBJECTION IS FILED. THE COURT IN ITS DISCRETION MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2010, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the paper above referenced to be sent, by First Class U.S. Mail, postage prepaid to:

Ericka M. Lofton
8834 Harkate Road
Randallstown, MD 21133

Jeffrey M. Sirody, Esq.
1777 Reisterstown Road
Suite 360 E.
Baltimore, MD 21208
Counsel for Debtor

/s/ Gerard R. Vetter
Gerard R. Vetter